UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

VANESSA THOMAS            CIVIL ACTION

VERSUS            NO: 07-7422-MLCF-SS

MICHAEL J. ASTRUE, COMMISSIONER OF
SOCIAL SECURITY

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that the claims of the plaintiff, Vanessa Thomas, for relief (Rec. docs. 1 and 9) are DENIED.

New Orleans, Louisiana, this 3rd day of MARCH, 2009.

UNITED STATES DISTRICT JUDGE